**Robinson+Cole**

**MEMO ENDORSED**

MATTHEW P. MAZZOLA

Chrysler East Building
666 Third Avenue, 20th floor
New York, NY 10017-4132
Main (212) 451-2900
Fax (212) 451-2999
mmazzola@rc.com
Direct (212) 451-2914

Also admitted in Florida
and New Jersey

August 8, 2024

(*Via ECF*)
Hon. Valerie Caproni
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/24

Re:   *Adam Zoia, et, al. v. United Health Group Incorporated, et. al.*
      Case No.: 1:24-cv-02190(VEC)

Dear Judge Caproni:

      This office represents the Defendants United Health Group Incorporated, United HealthCare Services, Inc., United Healthcare, Inc., and UnitedHealthcare Insurance Company ("United Defendants") in the above-referenced matter. We write pursuant to Rule 2(C) of Your Honor's Individual Practices in Civil Cases to respectfully request an adjournment of the initial conference scheduled for August 16, 2024 to the morning of August 30, September 20, and/or September 27, 2024, which dates have been confirmed with Plaintiff's Counsel. The United Defendants request the extension because undersigned counsel will be out-of-state on August 16, 2024 on a previously scheduled vacation. This is United Defendants' first request for an adjournment of the initial conference and Plaintiff consents to the requested extension.

      I appreciate your attention to this matter.

Respectfully submitted,

*/s/ Matthew P. Mazzola*

Matthew P. Mazzola

cc: All Counsel of Record (*via* ECF)

Boston | Hartford | New York | Providence | Miami | Stamford | Los Angeles | Wilmington | Philadelphia | Albany | New London | rc.com

Robinson & Cole LLP

Application GRANTED. The initial pretrial conference scheduled for August 16, 2024 is ADJOURNED to September 27, 2024 at 10:00 A.M in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties' joint submission is due by September 19, 2024.

SO ORDERED.

8/8/24

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE