**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ADAM ZOIA,

                Plaintiff,

-against-                                             24 **CIVIL** 2190 (VEC)

                                                              **JUDGMENT**

UNITED HEALTH GROUP INC., UNITED
HEALTHCARE SERVICES, INC., UNITED
HEALTHCARE, INC. & UNITED
HEALTHCARE INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated January 23, 2025, Defendants' motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      January 23, 2025

                                                              **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                  **BY:**   *K. Mango*

                                                                 **Deputy Clerk**